LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants,
COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| RAMIN A. SHEKARLAB, | Case No.: 2:18-CV-00047-JAM-EFB |
| Plaintiff, | **ORDER RE STIPULATION FOR DEFENDANTS' FILING OF RESPONSIVE PLEADING** |
| vs. | |
| COUNTY OF SACRAMENTO; ROBERT PADILLA, M.D.; CHARLES KIM, M.D.; MANJEET KAUR, R.N.; JOYCE AMAJOR, R.N., KATHRYN GONZALES, and DOES 1-10, | |
| Defendants. | |

By stipulation of the parties and good cause appearing, it is hereby ordered that:

1. County Defendants shall file a responsive pleading on or before February 23, 2018.

Dated: February 9, 2018          /s/ John A. Mendez
                                 HONORABLE JOHN A. MENDEZ
                                 JUDGE OF THE U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF CALIFORNIA