RIVERA & ASSOCIATES
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendant,
Robert Padilla, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RAMIN A. SHEKARLAB, | CASE NO. 2:18-CV-00047-JAM-EFB |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| | **[E.D. Cal. L.R. 144(a)]** |
| COUNTY OF SACRAMENTO; ROBERT PADILLA, M.D.; CHARLES KIM, M.D. MAJEET KAUR, R.N. JOYCE AMAJOR, R.N. KATHRYN GONZALES, and DOES 1 - 10, | |
| Defendants. | |

Plaintiff Ramin A. Shekarlab ("Plaintiff") and Defendants County of Sacramento and Robert Padilla ("Defendants") by and through their respective counsel of record, hereby stipulate and agree as follows:

Whereas, this Court previously issued an order extending the response pleading deadline for all defendants from February 9, 2018 to February 23, 2018.

Whereas, counsel for Defendant Padilla did not receive assignment of the defense of this case until February 22, 2018.

---

Stipulation and [Proposed] Order Re Defendant Padilla's Extension of Time to File a Responsive Pleading
Page 1

Whereas, Defendant Padilla is on medical leave and unable to travel to defense counsel's office at this time.

Whereas, Defendant Padilla has not had sufficient time to investigate the factual allegations of the complaint herein.

Whereas, in light of the foregoing facts and upon order of the Court, THE PARTIES HEREBY STIPULATE that:

1. Defendant Robert Padilla may file a responsive pleading to Plaintiff's complaint on or before March 26, 2018.

**IT IS SO STIPULATED.**

DATED: February 23, 2018          LAW OFFICES OF STEWART KATZ

*/s/ Stewart Katz* (as authorized on 02/23/18)
_____
Stewart Katz
Attorney for Plaintiff
Ramin A. Shekarlab

DATED: February 23, 2018          LONGYEAR, O'DEA & LAVRA, LLP

*/s/ Van Longyear* (as authorized on 02/23/18)
_____
Van Longyear
Attorney for Defendant
County of Sacramento

DATED: February 23, 2018          LAW OFFICES OF RIVERA & ASSOCIATES

*/s/ Jonathan B. Paul*
_____
Jonathan B. Paul
Attorney for Defendant
Robert Padilla

## ORDER

By stipulation of the parties and good cause appearing, it is hereby ordered that:

1. Defendant Robert Padilla shall file a responsive pleading on or before March 26, 2018.

DATED: February 23, 2018                    /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE