AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

RAMIN A. SHEKARLAB
    Plaintiff (s),

V.

COUNTY OF SACRAMENTO, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cv-00047 JAM EFB

Notice is hereby given that, subject to approval by the court, __Kathryn Gonzales__ substitutes
(Party (s) Name)

__Bruce A. Kilday__, State Bar No. __66415__ as counsel of record in place
(Name of New Attorney)

place of __Robert L. Chalfant of Cregger & Chalfant LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Angelo, Kilday & Kilduff, LLP
    Address: 601 University Ave., Suite 150, Sacramento, CA 95825
    Telephone: (916) 564-6100    Facsimile (916) 564-6263
    E-Mail (Optional): bkilday@akk-law.com

I consent to the above substitution.    KATHRYN GONZALES

Date: July 31, 2018    /s/ Kathryn Gonzales
(Signature of Party (s))

I consent to being substituted.    ROBERT L. CHALFANT

Date: July 31, 2018    /s/ Robert L. Chalfant
(Signature of Former Attorney (s))

I consent to the above substitution.    BRUCE A. KILDAY

Date: August 3, 2018    /s/ Bruce A. Kilday
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/3/2018    /s/ John A. Mendez
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**