| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ** | **ANGELO, KILDAY & KILDUFF, LLP** |
| Stewart Katz, SBN 127425 | Bruce Kilday, SBN 66415 |
| 555 University Avenue, Suite 270 | Derick Konz, SBN 286902 |
| Sacramento, California 95825 | 601 University Ave., Suite 150 |
| Telephone: (916) 444-5678 | Sacramento, CA 95825 |
| | Telephone: (916) 564-6100 |
| Attorney for Plaintiff | |
| RAMIN SHEKARLAB | Attorneys for Defendant |
| | KATHRYN GONZALES |
| **LONGYEAR, O'DEA & LAVRA, LLP** | **CASSEL GINNS** |
| Van Longyear, CSB No.: 84189 | A Professional Law Corporation |
| Nicole M. Cahill, CSB No.: 287165 | Scott A. Ginns, SBN 131910 |
| 3620 American River Drive, Suite 230 | Carlos M. Ambriz, SBN 210130 |
| Sacramento, CA 95864 | 1540 W. Kettleman Lane, Suite D |
| Phone: 916-974-8500 | Lodi, CA 95242-9291 |
| Facsimile: 916-974-8510 | Telephone: (209) 320-8900 |
| Attorneys for Defendant | Attorneys for Defendant |
| COUNTY OF SACRAMENTO | CHARLES KIM, MD |
| **PORTER SCOTT** | **RIVERA & ASSOCIATES** |
| A PROFESSIONAL CORPORATION | Jesse M. Rivera, SBN 84259 |
| John R. Whitefleet, SBN 213301 | Jonathan B. Paul, SBN 215884 |
| C.M. Brandon Gnekow, SBN 306669 | Glen A. Williams, SBN 186136 |
| 350 University Ave., Suite 200 | 1425 River Park Drive, Suite 250 |
| Sacramento, CA 95825 | Sacramento, CA 95815 |
| TEL: 916.929.1481 | Tel: 916-922-1200 |
| FAX: 916.927.3706 | Fax: 916-922-1303 |
| Attorneys for Defendants | Attorneys for Defendant ROBERT PADILLA, MD |
| MANJEET KAUR, RN, and JOYCE AMAJOR, RN | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMIN A. SHEKARLAB, | Case No. **2:18-CV-00047-JAM-EFB** |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER UPON STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER** |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. | |
| _____ / | |

By stipulation of the parties and good cause appearing, the Court hereby modifies the Pretrial Scheduling Order as follows:

- Expert Witness Disclosure: June 7, 2019
- Supplemental Expert Witness Disclosure: June 21, 2019
- Discovery Deadline: August 23, 2019
- Dispositive Motion Filing: September 24, 2019
- Dispositive Motion Hearing: October 22, 2019, 1:30 p.m.
- Joint Final Pre-trial Statement: November 15, 2019
- Final Pre-trial Conference: November 22, 2019, 11:00 a.m.
- Jury Trial: January 13, 2020, 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 14, 2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. District Court Judge