| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ** | **ANGELO, KILDAY & KILDUFF, LLP** |
| Stewart Katz, State Bar #127425 | Bruce Kilday, SBN 66415 |
| 555 University Avenue, Suite 270 | Derick Konz, SBN 286902 |
| Sacramento, California 95825 | 601 University Ave., Suite 150 |
| Tel: (916) 444-5678 | Sacramento, CA 95825 |
| | bkilday@akk-law.com |
| Attorney for Plaintiff | Tel: (916) 561-6100  Fax:  (916) 564-6263 |
| RAMIN SHEKARLAB | |
| | Attorneys for Defendant |
| | KATHRYN GONZALES |
| **LONGYEAR, O'DEA & LAVRA, LLP** | **CASSEL GINNS** |
| Van Longyear, CSB No.: 84189 | A Professional Law Corporation |
| Nicole M. Cahill, CSB No.: 287165 | Scott A. Ginns, SBN 131910 |
| 3620 American River Drive, Suite 230 | Carlos M. Ambriz, SBN 210130 |
| Sacramento, CA 95864 | 1540 W. Kettleman Lane, Suite D |
| Tel: (916) 974-8500  Fax:  (916) 974-8510 | Lodi, CA  95242-9291 |
| | Tel: (209) 320-8900  Fax: (209)366-2415 |
| Attorneys for Defendant | |
| COUNTY OF SACRAMENTO | Attorneys for Defendant |
| | CHARLES KIM, MD |
| **PORTER SCOTT** | **RIVERA & ASSOCIATES** |
| A PROFESSIONAL CORPORATION | Jonathan B. Paul, SBN 215884 |
| John R. Whitefleet, SBN 213301 | Glen A. Williams, SBN 186136 |
| C.M. Brandon Gnekow, SBN 306669 | 1425 River Park Drive, Suite 250 |
| Daniel J. Bardzell, SBN 313993 | Sacramento, CA 95815 |
| 350 University Ave., Suite 200 | Tel: (916) 922-1200  Fax:  (916) 922-1303 |
| Sacramento, CA 95825 | |
| Tel: (916) 929-1481  Fax:  (916)927-3706 | Attorneys for Defendant |
| | ROBERT PADILLA, MD |
| Attorneys for Defendants | |
| MANJEET KAUR, RN, and | |
| JOYCE AMAJOR, RN | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMIN A. SHEKARLAB, | **Case No. 2:18-CV-00047-JAM-EFB** |
| Plaintiff, | ORDER SETTING AN EARLY SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE KENDALL J. NEWMAN |
| vs. | |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. | Pretrial Conference:   November 22, 2019 |
| _____ / | Trial:                            January 13, 2020 |

1

[PROPOSED] Order Setting an Early Settlement Conference Before United States Magistrate Judge Newman

PURSUANT TO THE STIPULATION OF THE PARTIES, this matter shall be set for an early settlement conference to be conducted before United States Magistrate Judge Kendall J. Newman on April 3, 2019 at 9:00 a.m. in Courtroom No.: 25 at the United States District Court, 501 I Street, Sacramento, CA 95814.

**IT IS SO ORDERED**.

Dated: February 4, 2019　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　United States District Court Judge