**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff
RAMIN A. SHEKARLAB

**CASSEL GINNS**
**A Professional Law Corporation**
SCOTT A. GINNS, State Bar #131910
1540 W. Kettleman Lane, Suite D
Lodi, CA 95242
Telephone: (209) 320-8900
Facsimile:  (209) 366-2415

Attorneys for Defendant
CHARLES KIM, M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN A. SHEKARLAB, | NO. 2:18-cv-00047-JAM-EFB |
| Plaintiff, | **ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANT CHARLES KIM, M.D.** |
| vs. | |
| COUNTY OF SACRAMENTO; ROBERT PADILLA, M.D.; CHARLES KIM, M.D., MANJEET KAUR, R.N., JOYCE AMAJOR, R.N., KATHRYN GONZALES, and DOES 1-10, | |
| Defendants. _____ / | |

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action against Defendant CHARLES KIM, M.D. is dismissed with prejudice. Each side is to bear their own attorney fees and costs.

Dated:  2/11/2019                                            /s/ John A. Mendez_____
                                                                        HON. JOHN A. MENDEZ