**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Daniel J. Bardzell, SBN 313993
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
MANJEET KAUR, R.N. and JOYCE AMAJOR, R.N., *employees of County of Sacramento*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN A. SHEKARLAB, | CASE NO. 2:18-CV-00047 JAM EFB |
| Plaintiff, | **STIPULATION TO EXCUSE DEFENDANTS MANJEET KAUR, R.N. AND JOYCE AMAJOR, R.N. FROM ATTENDING SETTLEMENT CONFERENCE; ORDER** |
| v. | |
| COUNTY OF SACRAMENTO; ROBERT PADILLA, M.D.; CHARLES KIM, M.D.; MANJEET KAUR, R.N.; JOYCE AMAJOR, R.N.; KATHRYN GONZALES, and DOES 1-10, | **Date: April 3, 2019**<br>**Time: 9:00 a.m.** |
| Defendants. | |

The parties hereby submit the following Stipulation excusing individual Defendants Manjeet Kaur and Joyce Amajor ("Defendants") from attending the Settlement Conference scheduled for April 3, 2019 before Magistrate Judge Newman.

Defendants submit good cause exists to excuse their attendance. First, no aspect of settlement hinges upon their attendance. Employees and former employees of a public entity are entitled to be defended and indemnified by the public entity upon request in a civil action against the employee for an act or omission in the scope of employment. See Cal. Gov. Code sec. 995. Further, the public entity shall pay any compromise or settlement. See Cal. Gov. Code sec. 825(a). Here, Defendants have requested the County to provide, and the County is so providing, defense of the current civil

action being brought against them. Thus, any payment of any potential settlement will not come from these individual defendants. Counsel for Defendants will obtain the necessary authority from them.

Second, Defendants submit that in addition to counsel for Defendants the undersigned, an appropriate authorized County representative will be present at the Settlement conference. Please note that final authority to settle is vested in the County of Sacramento Board of Supervisors, as are all settlements. Thus, the attendance of an authorized County representative obviates the need for these individual defendants to personally attend.

In light of the representation that an authorized County representative will be present, counsel for Plaintiff agrees to the excuse of these individual defendants' attendance at the Settlement Conference.

Dated: March 28, 2019          LAW OFFICES OF STEWART KATZ


By /s/ Stewart Katz (*authorized on 3/27/19*)
    Stewart Katz
    Attorney for Plaintiff

Dated: March 28, 2019          PORTER SCOTT
    A PROFESSIONAL CORPORATION

By /s/ John R Whitefleet
    John R. Whitefleet
    Daniel J Bardzell
    Attorneys for Defendants MANJEET KAUR,
    R.N. and JOYCE AMAJOR, R.N.

# ORDER

Good cause appearing, Defendants MANJEET KAUR, R.N. and JOYCE AMAJOR, R.N. are hereby excused from personal attendance at the Settlement Conference, currently scheduled for April 3, 2019, before the undersigned.

Dated: March 28, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE