BRUCE A. KILDAY, S.B. #66415
DERICK E. KONZ, S.B. #286902
GÖKALP Y. GÜRER, S.B. #311919
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant KATHRYN GONZALES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN A. SHEKARLAB, | Case No.: 2:18-cv-00047-JAM-EFB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS** |
| vs. | **ROBERT PADILLA, M.D.; MANJEET KAUR, R.N.; JOYCE AMAJOR, R.N.;** |
| COUNTY OF SACRAMENTO, et al., | **AND KATHRYN GONZALES, WITH ORDER** |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

Stipulation For Dismissal With Prejudice Of Defendants ROBERT PADILLA, M.D.; MANJEET KAUR, R.N.;
JOYCE AMAJOR, R.N.; and KATHRYN GONZALES, With [Proposed] Order

IT IS HEREBY STIPULATED and agreed by and between Plaintiff RAMIN SHEKARLAB and Defendants ROBERT PADILLA, M.D.; MANJEET KAUR, R.N.; JOYCE AMAJOR, R.N.; and KATHRYN GONZALES that this action be dismissed in its entirety with prejudice as to **these defendants only**, pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

Dated: June 19, 2019          **LAW OFFICES OF STEWART KATZ**

By:/s/ Stewart Katz
    Stewart Katz
    Attorneys for Plaintiff
    RAMIN SHEKARLAB

Dated: June 19, 2019          **ANGELO, KILDAY & KILDUFF, LLP**

By:/s/ Derick E. Konz
    Derick E. Konz
    Attorneys for Defendant
    KATHRYN GONZALES

Dated: June 19, 2019          **PORTER SCOTT**
                                        **A PROFESSIONAL CORPORATION**

By:/s/ John R. Whitefleet
    John R. Whitefleet
    Attorneys for Defendants
    MANJEET KAUR, R.N. and
    JOYCE AMAJOR, R.N.

Dated: June 19, 2019          **RIVERA & ASSOCIATES**

By:/s/ Jonathan B. Paul
    Jonathan B. Paul
    Attorneys for Defendant
    ROBERT PADILLA, M.D.

**ORDER**

Defendants ROBERT PADILLA, M.D.; MANJEET KAUR, R.N.; JOYCE AMAJOR, R.N.; and KATHRYN GONZALES are hereby dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear their own fees and costs, including all attorneys' fees.

**IT IS SO ORDERED.**


Dated:    June 20, 2019                    /s/ John A. Mendez_____
                                           HONORABLE JOHN A. MENDEZ
                                           U.S. DISTRICT COURT JUDGE