LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendant,
COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| RAMIN A. SHEKARLAB,<br><br>            Plaintiff,<br><br>      vs.<br><br>COUNTY OF SACRAMENTO; ROBERT PADILLA, M.D.; CHARLES KIM, M.D.; MANJEET KAUR, R.N.; JOYCE AMAJOR, R.N., KATHRYN GONZALES, and DOES 1-10,<br><br>            Defendants. | Case No.: 2:18-CV-00047-JAM-EFB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER**<br><br>PTC: 11-22-19<br>Trial: 1-13-20 |

Plaintiff RAMIN A. SHEKARLAB and Defendant COUNTY OF SACRAMENTO have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER - 1

Dated: June 20, 2019                    LONGYEAR, O'DEA & LAVRA, LLP


                                        By:   */s/ Van Longyear* _____
                                              VAN LONGYEAR
                                              NICOLE M. CAHILL
                                              Attorneys for Defendant,
                                              COUNTY OF SACRAMENTO


Dated: June 20, 2019                    LAW OFFICES OF STEWART A. KATZ


                                        By: */s/ Stewart A. Katz (As Authorized 6-20-19)*
                                              STEWART A. KATZ
                                              Attorney for Plaintiff,
                                              RAMIN A. SHEKARLAB


**ORDER**


        IT IS SO ORDERED:


Dated:  June 20, 2019                    /s/ John A. Mendez_____
                                         JUDGE OF THE U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF CALIFORNIA